IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LIVING RIVERS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KENT HOFFMAN *et al.*,<br><br>Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO STAY CASE**<br><br>Case No. 4:19-cv-00074-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on Plaintiffs' Unopposed Motion to Stay Case ("Motion"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion[2] is GRANTED. All deadlines in the above-captioned case are stayed. The parties shall file either a status report or a proposed scheduling order within 21 days of the issuance of a decision on the pending Motion to Dismiss[3] in *Friends of Cedar Mesa v. U.S. Dept. of the Interior et al.*, case no. 4:19-cv-00013-DN-PK (D. Utah).

Signed this 14th day of November, 2019.

BY THE COURT:

Paul Kohler
United States Magistrate Judge

---

[1] Docket no. 15, filed Nov. 14, 2019.

[2] *Id.*

[3] ECF no. 40, filed Aug. 8, 2019.